UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 17-02245 JLS (PLA)                                              Date:  March 5, 2018
Title: James Zarian v. Steven Legere et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER STAYING CASE**

   On February 12, 2018, the Court entered its Order Granting Application to Stay Case. (Doc. 16.)  Defendant's Application to Stay Case was erroneously treated as an unopposed Application, and the Order was entered before the time for opposing Defendants' Application for a Stay had expired.

   The Court has since reviewed the Application, Plaintiff's Opposition, and Defendants' Reply.  (*See* Docs. 15, 17-18.)  Plaintiff argues that a stay of litigation is unlikely to facilitate early settlement of this case.  (Opp. at 1.)  His main concern is that Defendants will be unlikely to voluntarily permit an expert site inspection.  (*See generally* Opp.)  However, in their Reply, Defendants state they are unopposed to such an inspection.

   Accordingly, the entry of a stay in this case is warranted.  Having considered the merits of the Application, the Court reaffirms the February 12, 2018 Order in its entirety.  The deadlines set forth in the Order shall be calculated relative to February 12, 2018.

   **IT IS SO ORDERED.**

                                                                                Initials of Preparer:   tg