CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Isabel Rose Masanque, Esq., SBN 292673
Sara Gunderson, Esq., SBN 302582
Chris Carson, Esq., SBN 280048
Delivery:8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Zarian**, <br><br> Plaintiff, <br><br> v. <br><br> **Steven Legere,** in individual and representative capacity as trustee; **Kim Legere,** in individual and representative capacity as trustee; **Raul Valle**; and Does 1-10, <br><br> Defendants | **Case:** 8:17-CV-02245-JLS-PLA <br><br> **Declaration of James Zarian in Support of Motion for Summary Judgment** |

1. I, the undersigned, am the Plaintiff in this case. Based upon my own experience and knowledge, I can competently testify to the following:

2. I suffer from muscular dystrophy. I cannot walk. I use a wheelchair for mobility.

3. I have a specially equipped van with a ramp that I control with a remote. The ramp deploys from the passenger side of the van to

accommodate my wheelchair.

4. On October 19, 2017, I went to Raul's Auto Service ("Raul's Auto") located at 217 Avocado Street, Costa Mesa, California, to get my van serviced.

5. As I drove into the parking lot of Raul's Auto, I did not see a single parking space marked and reserved for person with disabilities.

6. I need an accessible parking space with an access aisle that is wide enough to accommodate a van so that I can park my van and have enough room to deploy my ramp. If I do not have sufficient room to do so, I run the risk of being blocked from re-entering my van if another vehicle parks next to me.

7. The thought of having to take this risk by parking in a non-accessible parking space was frustrating for me and I instead chose to leave without attempting to park.

8. The photographs submitted as Exhibit 4 truly and accurately depict the violations I encountered at Raul's Auto on the day that I attempted to patronize it on October 19, 2017, with the exception that there were different cars parked.

9. The Raul's Auto is located just 10 minutes away from my home and is therefore a convenient place for me to get my vehicle serviced. Therefore, I would like the ability to safely and independently park and access it.

10. I am currently deterred from visiting the Raul's Auto because of my knowledge of the condition of the parking.

11. However, once it has been represented to me that the violations have been removed, I plan to visit Raul's Auto to service my van when the need arises and also to assess Raul Auto's for compliance with the access laws.

1  **12.** I declare under penalty of perjury under the laws of the State of
2  California and the United States that the foregoing is true and
3  correct.

6  Dated:  November 8, 2019     By:  _____
7  James Zarian