**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Southern Division)**

| | |
|---|---|
| James Zarian,<br><br>Plaintiff<br><br>vs.<br><br>Steven Legere; Kim Legere; Raul Valle,<br><br>Defendants. | CASE NO. 8:17-cv-02245-JLS-PLA<br><br>**JUDGMENT** |

1

Having ruled on the parties' cross-motions for summary judgment, the Court hereby ORDERS, ADJUDGES, AND DECREES that judgment is entered in this action as follows:

1. Judgment is granted in favor of Defendants Steven Legere, Kim Legere, and Raul Valle on Plaintiff James Zarian's Americans with Disabilities Act claim.

2. The Court has declined supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim, which claim has been dismissed without prejudice.

3. The Defendants are the prevailing parties for purposes of the Plaintiff's Americans with Disabilities Act claim.

Dated: February 26, 2020

_____
Hon. Josephine L. Staton
United States District Judge